| Name and address: | |
|---|---|
| McGuireWoods LLP<br>Matthew C. Kane, Esq. (SBN 171829)<br>Email: mkane@mcguirewoods.com<br>1800 Century Park East, 8th Floor<br>Los Angeles, CA 90067 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BRIAN GILE, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 5:20-cv-01863-MCS-SP |
| v. | |
| DOLGEN CALIFORNIA, LLC, et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s), | *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Allen, Joel S.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

McGuireWoods LLP
_____
*Firm/Agency Name*

| 2000 McKinney Avenue | (214) 932-6464 | (214) 932-6499 |
|---|---|---|
| Suite 1400 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Dallas, Texas, 75201 | jallen@mcguirewoods.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Dolgen California, LLC | ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____ |
|---|---|
| | ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____ |
| *Name(s) of Party(ies) Represented* | |

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  8/26/21

Joel S. Allen
*Applicant's Name (please type or print)*

*(signature)*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Kane, Matthew C.
*Designee's Name (Last Name, First Name & Middle Initial)*

McGuireWoods LLP
*Firm/Agency Name*

1800 Century Park East

8th Floor
*Street Address*

Los Angeles, CA 90067-1501
*City, State, Zip Code*

(310) 315-8200
*Telephone Number*

(310) 315-8210
*Fax Number*

mkane@mcguirewoods.com
*Email Address*

171829
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated  8/26/21

Matthew C. Kane
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

## ATTACHMENT A
## JOEL S. ALLEN – COURT ADMISSIONS

Texas State Bar - No. 00795069 (Admitted December 7, 1995 – In good standing)
Oklahoma State Bar - No. 014668 (Admitted September 25, 1991 – In good standing)
Northern District of Texas (Admitted June 17, 1998 – In good standing)
Southern District of Texas - No.18532 (Admitted May 19, 1995 – In good standing)
Eastern District of Texas (Admitted October 23, 1998 – In good standing)
Western District of Texas (Admitted January 24, 2001 – In good standing)
Northern District of Oklahoma (Admitted June 15, 2000 – In good standing)
Eastern District of Oklahoma (Admitted February 22, 1993 – In good standing)
Western District of Oklahoma (Admitted November 11, 1991 – In good standing)
Eastern & Western District of Arkansas (Admitted April 10, 2000 – In good standing)
Northern District of Florida (Admitted April 23, 2007 – In good standing)
Colorado District Court (Admitted April 8, 1998 – In good standing)
Northern District of Illinois (Admitted February 10, 2009 – In good standing)
Central District of Illinois (Admitted April 3, 2009 – In good standing)
Northern District of Indiana (Admitted August 5, 2010 – In good standing)
Southern District of Indiana (Admitted February 11, 2011 – In good standing)
Western District of Tennessee (Admitted March 10, 2009 – In good standing)
Western District of Michigan (Admitted May 2010 – In good standing)
4th Circuit Court of Appeals (Admitted February 20, 2013 – In good standing)
5th Circuit Court of Appeals (Admitted May 3, 2000 – In good standing)
6th Circuit Court of Appeals (Admitted October 11, 2017 – In good standing)
7th Circuit Court of Appeals (Admitted July 10, 2015 – In good standing)
10th Circuit Court of Appeals (Admitted August 5, 1993 – In good standing)
11th Circuit Court of Appeals (Admitted January 28, 2004 – In good standing)

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

## CERTIFICATE

STATE OF OKLAHOMA   )
                    )
COUNTY OF OKLAHOMA )

Stephen L. Sullins, being duly sworn, deposes and says:

That he is the Assistant General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court.

That JOEL STEVEN ALLEN, OBA #14668, was admitted to the practice of law by the Supreme Court of Oklahoma on September 25, 1991 and is an active member in good standing of the Oklahoma Bar Association.

Stephen Sullins
Assistant General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 30th day of July, 2021 by Stephen L. Sullins.

NOTARY PUBLIC

My Commission Expires:
10/21/23

Commission Number:
19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036

office  405.416.7007
fax  405.416.7003
toll free  800.522.8065



www.okbar.org

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 30, 2021

Re: Mr. Joel S. Allen, State Bar Number 00795069

To Whom It May Concern:

This is to certify that Mr. Joel S. Allen was licensed to practice law in Texas on December 07, 1995, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web