1  Mike Arias, Cal. Bar No. 115385
       mike@aswtlawyers.com
2  Craig S. Momita, Cal. Bar No. 163347
       craig@aswtlawyers.com
3  **ARIAS SANGUINETTI WANG**
   **& TORRIJOS LLP**
4  6701 Center Drive West, Suite 1400
   Los Angeles, CA 90045
5  Telephone: (310) 844-9696
   Facsimile: (310) 861-0168
6

7  Eric B. Kingsley Esq., Cal. Bar No. 185123
       eric@kingsleykingsley.com
8  Liane Katzenstein Ly Esq., Cal. Bar No. 259230
       liane@kingsleykingsley.com
9  Ari J. Stiller Esq., Cal. Bar No. 294676
       ari@kingsleykingsley.com
10 Jessica Bulaon, Esq., Cal. Bar No. 340749
       jessi@kingsleykingsley.com
11 **KINGSLEY & KINGSLEY, APC**
   16133 Ventura Blvd., Suite 1200
12 Encino, CA 91436
   Telephone: (818) 990-8300
13 Facsimile: (818) 990-2903

14 Attorneys for Plaintiffs and the Proposed Class

15
                    **UNITED STATES DISTRICT COURT**
16
                    **CENTRAL DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  BRIAN GILE, an individual, on behalf of himself and all others similarly situated; RANDOLPH GALLEGOS, an individual, on behalf of himself and all others similarly situated, | CASE No. 5:20-cv-01863-MCS-SP |
| | **NOTICE OF SETTLEMENT** |
| 22              PLAINTIFFS, | |
| 23       v. | |
| 24  DOLGEN CALIFORNIA, LLC, a Tennessee limited liability company; and DOES 1 through 100, inclusive, | |
| 27              DEFENDANTS. | |

28

---
                                    1
                        **NOTICE OF SETTLEMENT**

1     **PLEASE TAKE NOTICE** that the Parties in the above-entitled case have
2 reached a settlement. The Parties anticipate filing a stipulation to dismiss the Action
3 within 30-60 days from the date of this filing. The Parties also request that the Court
4 vacate all deadlines in this Action.

6 Dated: March 13, 2023         **KINGSLEY & KINGSLEY, APC**

7                                 By: _____
8                                     Eric B. Kingsley, Esq.
9                                     Liane Katzenstein Ly, Esq.
10                                    Jessica Bulaon, Esq.

11                                 *Attorneys for Plaintiffs*
12                                 BRIAN GILE AND RANDOLPH GALLEGOS