**KINGSLEY & KINGSLEY, APC**
ERIC B. KINGSLEY, Esq., Cal. Bar No. 185123
eric@kingsleykingsley.com
LIANE KATZENSTEIN LY, Esq., Cal. Bar No. 25923
liane@kingsleykingsley.com
ARI J. STILLER, Esq., Cal. Bar No. 294676
ari@kingsleykingsley.com
JESSICA ADLOUNI, Esq., Cal. Bar No. 328571
jessica@kingsleykingsley.com
16133 Ventura Blvd., Suite 1200
Encino, CA 91436
Telephone: (818) 990-8300
Fax: (818) 990-2903

Attorneys for Plaintiffs BRIAN GILE and RANDOLPH GALLEGOS

**MCGUIREWOODS LLP**
Sabrina A. Beldner (SBN 221918)
Email: sbeldner@mcguirewoods.com
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210

**MCGUIREWOODS LLP**
Joel S. Allen (*pro hac vice*)
Email: jallen@mcguirewoods.com
2000 McKinney Avenue, Suite 1400
Dallas, TX 75201
Telephone: 214.932.6400
Facsimile: 214.932.6499

Attorneys for Defendant DOLGEN CALIFORNIA, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRIAN GILE, an individual, on behalf of himself and all others similarly situated; RANDOLPH GALLEGOS, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLGEN CALIFORNIA, LLC, a Tennessee limited liability company; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. 5:20-cv-01863-MCS-SP<br><br>The Hon. Jesus G. Bernal<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 23(E)** |

**WHEREAS**, Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Plaintiffs BRIAN GILE and RANDOLPH GALLEGOS (collectively, "Plaintiffs") and Defendant DOLGEN CALIFORNIA, LLC. (the "Parties"), jointly stipulate to voluntary dismissal of the above-captioned action including all causes of action, allegations, and prayers for relief, with prejudice as to Plaintiffs as defined below and without prejudice as to the putative class members and aggrieved employees;

WHEREAS, on July 6, 2020, Plaintiffs filed a Class Action Complaint against Defendant in the State Court, styled as *Brian Gile, an individual, on behalf of himself and all others similarly situated; Randolph Gallegos, an individual, on behalf of himself and all others similarly situated v. Dolgen California, LLC, a Tennessee limited liability company; and DOES 1 through 100, inclusive*, Case No. CIVDS2014307 (the "State Court Action").

WHEREAS, Defendant filed its Notice of Removal under 28 U.S.C. §§ 1446(d) and 1453 on October 14, 2020.

WHEREAS, on or about June 17, 2021, Plaintiffs filed their Seventh Amended Complaint containing a jury demand on all claims asserted therein ("7AC"), see Dkt. #41;

WHEREAS, following law and motion practice and the narrowing of the claims at issue in the 7AC, Plaintiffs are only pursuing two (2) remaining claims to trial, which are: (1) a statutory claim under Cal. Lab. Code § 2802 on Plaintiffs' own behalf for alleged non-reimbursement of bank deposit driving mileage (the "Individual 2802 Claim"); and (2) a single representative claim for civil penalties under the California Labor Code Private Attorney General Act, Cal. Lab. Code §§ 2699 et seq. ("PAGA") on behalf of allegedly aggrieved employees for Section 2802 violations relating to the same (the "PAGA 2802 Claim");

WHEREAS, the Parties have come to an agreement to settle Plaintiffs' individual claims;

WHEREAS, Plaintiffs now seek to dismiss the above-captioned action

including all causes of action, allegations, and prayers for relief, with prejudice as to Plaintiffs' individual claims, and without prejudice as to the putative members of the Proposed Classes and the aggrieved employees;

WHEREAS, as the putative class allegations and PAGA claims are being dismissed without prejudice, the rights of the unnamed members of the Proposed Classes and the aggrieved employees are not prejudiced and they are free to bring any suit that they choose in the future;

WHEREAS, A [Proposed] Order Granting Voluntary Dismissal Pursuant to F.R.C.P. 23(e) is being concurrently filed with the Clerk of this Court.

DATED: May 1, 2023				KINGSLEY & KINGSLEY, APC

						 */s/* Liane Katzenstein Ly
						Eric B. Kingsley
						Liane Katzenstein Ly
						Attorneys for Plaintiffs


DATED: May 1, 2023				MCGUIRE WOODS LLP

						 */s/* Joel S. Allen
						Joel S. Allen
						Sabrina A. Beldner
						Attorneys for Defendant